# IN THE SUPREME COURT OF THE STATE OF NEVADA

520 BERNINI LLC, AN UNKNOWN ENTITY,

        Appellant,

vs.

BRECKENRIDGE PROPERTY FUND 2016, A LIMITED LIABILITY COMPANY,

        Respondent.

No. 79141

**FILED**

FEB 26 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David M. Jones, District Judge
       M. Nelson Segel, Settlement Judge
       Kerry P. Faughnan
       Wedgewood, LLC
       Hutchison & Steffen, LLC/Las Vegas
       Eighth District Court Clerk

20-07775